In the Matter of JAMES PETTUS, Petitioner, v FRANK DUDIS et al., Respondents. [918 NYS2d 380]—

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 7804 [b]; 506 [b]; *Matter of Taylor v Adler*, 73 AD3d 937 [2010]). Rivera, J.P., Balkin, Leventhal and Hall, JJ., concur.